Glenn R. Kantor - State Bar No.122643
 Email: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
9301 Corbin Avenue, Suite 1400
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Matthew T. Maloney – IL State Bar No. 6327271
*Pro Hac Vice*
DEBOFSKY LAW, LTD.
2 N. Riverside Plz., Suite 1420
Chicago, Illinois 60606
Telephone: (312) 561-4040
Fax: (312) 600-4426

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SKIFF,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　Defendant. | Case Number: 25-cv-00576-NW<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the entire action and all claims and defenses pending in the above-captioned action with prejudice, with each party bearing his or its own attorneys' fees and costs.

| | |
|---|---|
| DATED: October 28, 2025 | DEBOFSKY LAW, LTD. |
| | By: */s/Matthew T. Maloney*<br>MATTHEW MALONEY<br>Counsel for Plaintiff<br>David Skiff |
| DATED: October 28, 2025 | MAYNARD NEXSEN LLP |
| | By: */s/ Robert Hess*<br>ROBERT E. HESS<br>KAREN T. TSUI<br>Counsel for Defendant<br>Unum Life Insurance Company of America |

*Filer's Attestation: Pursuant to Local Rule 5 regarding signatures, Matthew T. Maloney hereby attests that concurrence in the filing of this document and its contents has been obtained by all signatories listed.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DAVID SKIFF,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case Number: 25-cv-00576-NW<br><br>[proposed] ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE |

Pursuant to the Stipulation to of Dismissal with Prejudice submitted by the parties to this action, and after consideration, and finding good cause therefore, IT IS HEREBY ORDERED that this matter is dismissed with prejudice in its entirety and each party is to bear his or its own fees and costs.

**IT IS SO ORDERED.**

DATED: October 29, 2025                    _____
                                           Honorable Noel Wise
                                           JUDGE OF THE U.S. DISTRICT COURT